1   BENJAMIN B. WAGNER
    United States Attorney
2   KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, CA 93721
4   Telephone: (559)497-4000

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   CASE NO. 1:12-CR-00349 LJO
                                     )
12                   Plaintiff,      )   STIPULATION AND ORDER FOR
                                     )   EXTENSION OF TIME TO FILE
13  v.                               )   RESPONSE SET A DATE FOR A REPLY
                                     )   AND CONTINUANCE OF STATUS
14  JOSEPH VASQUEZ, JR.,             )   CONFERENCE AND MOTIONS
                                     )
15                   Defendants.     )
                                     )
16  ─────────────────────────────── )

17       IT IS HEREBY STIPULATED by and between Benjamin B. Wagner,

18  United States Attorney and Kimberly A. Sanchez, Assistant U.S.

19  Attorney and Janet Bateman and Jeremy Kroger, attorneys for Joseph

20  Vasquez, Jr., that the time for the change of plea hearing scheduled

21  for February 11, 2013 at 8:30 a.m. be moved to February 19, 2013 at

22  8:30 a.m.  Counsel have engaged in further plea negotiations.  The

23  defendant is in Lerdo, and defense counsel is scheduled to have him

24  brought to Fresno this Wednesday to review the current offer. The

25  parties believe that the case has a reasonable probability of being

26  in a posture for a change of plea to occur on February 19, 2013.  The

27  parties further agree that time will be excluded through February 19,

28  2013 for further plea negotiations.  Moreover, the parties further

                                  1

request the Court to enter an Order finding that the "ends of
justice" served by a continuance outweigh the interest of the public
and the defendant in a speedy trial, and that the delay occasioned by
such continuance is excluded from the Act's time limits pursuant to
18 U.S.C. § 3161(h)(7)(A).


Dated: February 8, 2013                    Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney

                                    By     /s/ Kimberly A. Sanchez
                                           KIMBERLY A. SANCHEZ
                                           Assistant U.S. Attorney

Dated: February 8, 2013                    /s/ Jeremy Kroger
                                           JEREMY KROGER
                                           Attorney for the Defendant


Dated: February 8, 2013                    /s/ Janet Bateman
                                           JANET BATEMAN
                                           Attorney for the Defendant



IT IS SO ORDERED.

**Dated:   February 8, 2013            /s/  Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE