SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044
E-Mail: salsciandra@sbcglobal.net

Attorney for Defendant, JOSE ARELLANO

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE ARELLANO,<br><br>    Defendants. | Case No. 1:12-CR-00349-LJO<br><br>STIPULATION AND ORDER FOR A RESETTING OF HEARING ON REPORT OF PROBATION OFFICER |

IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the date set for hearing on the presentence report of the probation officer and sentencing be extended as follows:

    Defense Counsel's Informal objections due to Probation and AUSA:
    Move from September 23, 2013 to September 30, 2013

    Formal Objections must be filed with the Court and served on Probation and AUSA: move from October 7, 2013 to October 15, 2013.

    RPO Hearing: move from 8:30 a.m. on October 15, 2013 to 8:30 a.m. on October 21, 2013.

The reason for moving the hearing is due to a combination of an extraordinary amount of time expended in the capital prosecution of U.S. v. Guerrero, Case No.: 1:08-CR-00259-PMP, numerous trips to southern California relating to the care of my elderly mother and to allow further negotiations with the government concerning their recommendations for an appropriate sentence.

Respectfully submitted,

DATED: September 23, 2013  /s/ Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant,
JOSE ARELLANO

DATED: September 23, 2013  /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney

This was agreed to in person on Sept. 23, 2013

**ORDER**

IT IS SO ORDERED.

Dated: **September 24, 2013**     **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE